**Order entered May 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00589-CV

**GREYHOUND LINES, INC. AND RASHAD ARMAND NICHOLS, Appellants**

**V.**

**JANIE REEVES, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-09239**

## ORDER

The Court has before it appellants' May 10, 2013 unopposed second motion for extension of time to file reply brief of appellants. The Court **GRANTS** the motion and **ORDERS** that the reply brief tendered by appellants on May 13, 2013 be timely filed as of that date.

/s/     ELIZABETH LANG-MIERS
         JUSTICE